UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                                                **NOTICE OF MOTION**

                                                                 S2 13 Cr. 635 (SAS)

                 -against-

DINO BOUTERSE, et al.,

                                       Defendants.

------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE**, that upon the annexed declarations and exhibits attached hereto, the accompanying memorandum of law, and upon all prior proceedings had herein, Defendant Dino Bouterse will move before the Honorable Shira A. Scheindlin, United States District Judge, at the United States Courthouse for the Southern District of New York, on date to be designated by the Court for the following relief: (1) an order dismissing Count One of the Indictment for violating the rule of specialty; (2) an order dismissing the indictment for violating the Defendant's right to due process; (3) an order suppressing any purported statements the Defendant made to law enforcement; (4) an order compelling the government to provide discovery pursuant to Fed. R. Crim. P. 16; (5) an order compelling timely and early disclosure *of Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and *Jencks Act* material; (6) an order compelling the government to provide notice of all Fed. R. Evid. 404(b) evidence it intends to offer against the Defendant; (6) an order to preserve all documents from destruction; (7) permission to file additional motions based upon

discovery requested but not yet received; and (8) such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        March 28, 2014

                                       Respectfully submitted,

                                       __/s/_____
                                       JOSE M. ARRUFAT-GRACIA, ESQ.
                                       *Attorney for Defendant*
                                       Arrufat Gracia PLLC
                                       The Bush Tower
                                       130 West 42nd Street, Suite 705
                                       New York, New York 10036

                                       RICHARD H. ROSENBERG, ESQ.
                                       *Attorney for Defendant*
                                       217 Broadway, Suite 707
                                       New York, New York 10007

                                       MICHAEL O. HUESTON, ESQ.
                                       *Attorney for Defendant*
                                       350 Fifth Avenue, Suite 4810
                                       New York, New York 10118

                                       FLORIAN MIEDEL, ESQ.
                                       *Attorney for Defendant*
                                       Miedel & Mysliwiec LLP
                                       Trinity Centre
                                       111 Broadway, Suite 1401
                                       New York, New York 10006

To:  Adam Fee, Michael Lockard and Edward Kim (by ecf)
     *Assistant United States Attorneys*

## DECLARATION OF SERVICE

Jose M. Arrufat-Gracia, Esq. declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

On March 28, 2014, I served the annexed notice of motion, memorandum of law in support, and declarations in support, on:

> Adam Fee, Michael Lockard and Edward Kim
> *Assistant United States Attorneys*
> United States Attorney for
> Southern District of New York
> One Saint Andrews Plaza
> New York, New York 10007

    [X]   BY ELECTRONIC CASE FILING
    [ ]   BY HAND
    [ ]   BY FIRST CLASS MAIL
    [ ]   BY FACSIMILE WITH PERMISSION


Dated:   New York, New York
         March 28, 2014

                                    ____/s/_____
                                    JOSE M. ARRUFAT-GRACIA, ESQ.
                                    *Attorney for Defendant*
                                    Arrufat Gracia PLLC
                                    The Bush Tower
                                    130 West 42nd Street, Suite 705
                                    New York, New York 10036